# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Sylvia Hair, | : | |
| | : | Case No. 24-10844 (PMM) |
| Debtor. | : | |

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS A BAD FAITH FILING AND THE DEBTOR BARRED FOR ONE YEAR

**AND NOW,** the *pro se* Debtor having filed this bankruptcy case on March 13, 2024;

AND the Debtor having filed four (4) previous bankruptcy cases;

AND the Debtor's previous case (23-13492) having been dismissed after less than one (1) month;

AND thus the Debtor may have filed this bankruptcy case without the intent of pursuing a legitimate bankruptcy purpose;

It is therefore hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, March 27, 2024 at 1:00 p.m.** in in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 and **show cause** why this case should not be **dismissed as having been filed in bad faith and a one year bar order entered**.

It is further **ORDERED** that failure to appear for the hearing may result in **dismissal of this case as well as the imposition of a one (1) year bar to filing** without further notice or hearing.

Date:  3/14/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copies to:

Sylvia Hair
5200 Hipptop Drive
#CC11
Brookhaven, PA 19015